SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SHANAE L. GIBSON,

                Plaintiff,

  -against-

KEYOKA ROBINSON #1410701670;
L. HIGHTOWER #2410616990;
N. GINTY; C.O. THREETS #13449;
N. LANGFORD #1480,

                Defendants.
------------------------------------X

**CIVIL JUDGMENT**

08 Civ. 1190 (KMW)

Pursuant to the order issued JUL 25 2008 by the Honorable Kimba M. Wood, Chief Judge, dismissing this action, it is,

ORDERED, ADJUDGED AND DECREED: That the complaint be and it is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                          /s/ Wood
                                        KIMBA M. WOOD
                                        Chief Judge

Dated: JUL 25 2008
      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.